**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00548-REB-KMT

CAREY W. BROOKER, and
LENORA RENEE BROOKER,

      Plaintiffs,

v.

RUSSELL JAY GOULD, Plenipotentiary Judge for the Witnessing of the Parse-Syntax-Grammar of the Vassalees-Fraudulent-Parse-Syntax-Grammar-Documents,
EDGAR J. TROMMETER,
LAS ANIMAS COUNTY, COLORADO SHERIFFS DEPARTMENT, and
JAMES W. CASIAS, Las Animas County, Colorado Sheriff,

      Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

      This matter is before me on the **Recommendation of United States Magistrate Judge** [#15][1] filed May 4, 2012.  I approve and adopt the recommendation.

      No objections to the recommendation have been filed. Thus, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition of this case, I find and conclude that the recommendation should be approved and adopted as an order of this court.

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.

Appropriately, the magistrate judge recommends that the plaintiffs' complaint be dismissed, without prejudice, for failure to comply with D.C.COLO.LCivR 8.1A. and FED. R. CIV. P. 8.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#15] filed May 4, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That this action is **DISMISSED WITHOUT PREJUDICE** based on the plaintiffs' failure to comply with D.C.COLO.LCivR 8.1A. and FED. R. CIV. P. 8;

3. That under FED. R. CIV. P. 58, judgment **SHALL ENTER** in favor of the defendants Russell Jay Gould, Plenipotentiary Judge for the Witnessing of the Parse-Syntax-Grammar of the Vassalees-Fraudulent-Parse-Syntax-Grammar-Documents, Edgar J. Trommeter, Las Animas County, Colorado Sheriffs Department, and James W. Casias, Las Animas County, Colorado Sheriff against the plaintiffs Carey W. Brooker, and Lenora Renee Brooker; and

4. That defendants are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated June 21, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2